AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| DELVON CUNNINGHAM <br><br> *Plaintiff(s)* <br> v. <br><br> HC RECOVERY, INC., <br> OXFORD LAW, LLC, <br> LEGAL PREVENTION SERVICES, <br> ET. AL. <br> *Defendant(s)* | Civil Action No. 1:15-CV-04059-TCB-JSA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OXFORD LAW, LLC
408 Mill Street
Bristol, PA 19007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DEWOSKIN LAW FIRM
C/O ALEX MERRITT
535 N. McDonough Street
Decatur, GA 30030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: 1/28/16

/s/Janice Micallef

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-04059-TCB-JSA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Oxford Law, LLC__
was received by me on *(date)* __1/28/16__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Larry Weil__, who is designated by law to accept service of process on behalf of *(name of organization)*
__Oxford Law, LLC at 9:40am__ on *(date)* __1/29/16__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2/3/16__

_____
Server's signature

__Richard Scollon Jr. - Process Server__
Printed name and title

Seagull Legal Services Inc.
PO Box 1706
Southampton, PA 18966

Server's address

Additional information regarding attempted service, etc:

Sworn to and subscribed before me
this 3rd day of February, 2016.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
STEPHANIE HOPE SEGAL, Notary Public
Upper Southampton Twp., Bucks County
My Commission Expires April 11, 2016